IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

DEATH PENALTY CASE

| | |
|---|---|
| Prisoner's Name: | Daniel Lugo |
| Prisoner's Number: | DC #: M16321; DOB: 04/06/1963 |
| | Union Correctional Institution |
| | Raiford, Florida |

**DANIEL LUGO,**

      Petitioner,

v.

CASE NO. 10-20098-CIV-LENARD

**WALTER A. McNEIL, et al.,**

      Respondent.

_____/

## NOTICE OF FILING

COMES NOW, Petitioner, Daniel Lugo, by and through undersigned counsel and files the following Appendices to the Reply to Government's Response to the Order to Show Cause by Amended Petition for Writ of Habeas Corpus should not be Granted (Document 59).

Respectfully submitted,

JEFFREY E. FEILER, P.A.
Attorney for Defendant
7685 S.W. 104th Street, Suite 200
Miami, Florida 33156
Tel:   (305) 670-7700
Fax:  (305) 669-8198

By: s/ Jeffrey E. Feiler
      JEFFREY E. FEILER

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June 15, 2011, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

                                              s/ Jeffrey E. Feiler
                                              JEFFREY E. FEILER