*App. E*

IN THE CIRCUIT COURT OF THE
ELEVENTH JUDICIAL CIRCUIT
IN AND FOR DADE COUNTY, Florida

CASE NO. F95-17381C
SECTION: CF01
JUDGE: Young

THE STATE OF FLORIDA,
            Plaintiff,

v.

DANIEL LUGO,
            Defendant.

ATTACHMENTS FOR
MOTION FOR TEMPORARY INJUNCTION
AND INJUNCTIVE ORDER.

1. Orders of 99-0418-Civ-Graham                    A

2. Order of 02-20398-Civ-MANA                    B

3. Motion for Reconsideration on
   Orders of 99-0418-Civ-Graham                    C

4. Defendant Levine's Opposition for temporary injunction in 02-20398-Civ-MAMA Accompanied with Daniel Lugo's Reply      D

5. Arrest Affidavit      E

6. Det Fabregas's Report      F

7. Treaty of The Bahamas      G

8. Email memo of October 31, 1996      H

Respectfully Submitted,
Daniel Lugo
05-78864 PT305
Dade County Jail
1321 N.W 13th St
Miami, Fl 33125